OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 08. 2015.

5/6/2015
GUZMAN, JAMES EDWARD  Tr. Ct. No. 854506-B          WR-31,922-16
The Court has dismissed your application for writ of habeas corpus without written
order; the sentence has been discharged. See *Ex parte Harrington*, 310
S.W.3d 452 (Tex. Crim. App. 2010)

RETURNED TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE

Abel Acosta, Clerk

JAMES EDWARD GUZMAN
HARRIS COUNTY JAIL -
BAKER ST.
HOUSTON, TX 77002

MEBN3B 77002